IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA PACIFIC CORPORATION,

    Plaintiff,

v.

MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,

    Defendants.

No. C 09-03529 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER VENUE**

    This matter is set for a hearing on December 4, 2009 on Defendant Deutsche Bank Securities, Inc.'s motion to transfer venue. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 9, 2009 and a reply brief shall be filed by no later than October 16, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: September 24, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE