1  Sara B. Brody (SBN 130222)
   SIDLEY AUSTIN LLP
2  555 California Street
   San Francisco, California 94104
3  Telephone:    (415) 772-1200
   Facsimile:    (415) 772-7400
4  sbrody@sidley.com

5  Attorneys For Defendants
   MERRILL LYNCH & CO., INC. AND
6  MERRILL LYNCH, PIERCE, FENNER
   & SMITH INCORPORATED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
10

11

12 | LOUISIANA PACIFIC CORPORATION, ) Case No. C 09 03529 JSW
                                   )
13 |         Plaintiff,             ) **STIPULATION AND [PROPOSED]**
                                   ) **ORDER EXTENDING TIME TO**
14 | vs.                           ) **RESPOND TO COMPLAINT**
                                   )
15 | MONEY MARKET 1 INSTITUTIONAL  )
   | INVESTMENT DEALER, MERRILL    )
16 | LYNCH & CO., INC., MERRILL LYNCH, )
   | PIERCE, FENNER & SMITH        )
17 | INCORPORATED, AND DEUTSCHE    )
   | BANK SECURITIES INC.,         )
18 |                               )
   |         Defendants.           )
19 |_____)

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO.: C 09-03529-JSW

1    WHEREAS, on June 10, 2009, the United States Judicial Panel on Multidistrict
2  Litigation centralized four actions before the Honorable Loretta A. Preska in the Southern
3  District of New York, captioned *In re Merrill Lynch Auction Rate Securities Litigation*, 1:08-cv-
4  3037-LAP; *Community Trust Bank, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 1:09-cv-
5  5403-LAP; *Louisiana Stadium & Exposition District, et al. v. Financial Guaranty Ins. Co., et al.*,
6  1:09-cv-5404-LAP; and *The Cooperative Bank, et al., v. Merrill Lynch, Pierce, Fenner & Smith,
7  Inc.*, 1:09-cv-5405-LAP (the "Centralized Actions");

8    WHEREAS, on July 31, 2009, Plaintiff filed in this Court its complaint (the
9  "Complaint") in the above-captioned action (the "Action");

10   WHEREAS, on August 14, 2009, Defendants Merrill Lynch & Co., Inc. and Merrill
11 Lynch, Pierce, Fenner & Smith, Inc., filed a Notice of Tag-Along Action with the United States
12 Judicial Panel on Multidistrict Litigation ("MDL Panel"), seeking to transfer the Action for
13 coordinated or consolidated pretrial proceedings with the Centralized Actions currently pending
14 before Judge Preska in the United States District Court for the Southern District of New York;

15   WHEREAS, on September 1, 2009, the Clerk of the MDL Panel entered a Conditional
16 Transfer Order conditionally transferring the Action to Judge Preska in the Southern District of
17 New York;

18   WHEREAS, on September 15, 2009, defendant Deutsche Bank Securities Inc. ("DBSI")
19 filed a notice of opposition to the September 1, 2009 Conditional Transfer Order;

20   WHEREAS, on September 16, 2009, the MDL Panel issued a stay of its September 1,
21 2009 Conditional Transfer Order pending the resolution of DBSI's opposition;

22   WHEREAS, on September 24, 2009, DBSI filed a motion pursuant to
23 28 U.S.C. § 1404(a) seeking to transfer the Action to the Southern District of New York, but not
24 seeking consolidation with the Centralized Actions ("DBSI's Transfer Motion");

25   WHEREAS the procedures applicable to the Centralized Actions, as enumerated in the
26 Stipulation and Revised Scheduling Order signed by Judge Preska on August 17, 2009 (attached
27 hereto as Exhibit A), require defendants to inform plaintiff by letter of what they believe to be
28 any deficiencies in the complaint before filing a motion to dismiss and allow plaintiff the

1 | opportunity to amend the complaint after receiving the letter;

2 | Now, therefore, the Parties, through their respective undersigned counsel, hereby
3 | STIPULATE, AGREE, and JOINTLY REQUEST the following:

4 | 1. By October 15, 2009, each Defendant will deliver to Plaintiff a letter enumerating what it
5 | believes to be the deficiencies in the Complaint that will form the bases for its motion to
6 | dismiss. With respect to any Federal Securities law claims, such letters shall focus on
7 | Second Circuit law, and not Ninth Circuit law.

8 | 2. By October 22, 2009, Plaintiff will notify Defendants whether it intends to amend the
9 | Complaint, with the understanding that, except as provided in Paragraph 6 below,
10 | Defendants do not currently intend to consent to any further amendments.

11 | 3. If Plaintiff notifies Defendants that it will not amend the Complaint, Defendants will
12 | answer or otherwise move in response to the Complaint no later than: (a) 20 days after
13 | Defendants' counsel receive notice that the MDL Panel has filed the Conditional Transfer
14 | Order in the United States District Court for the Southern District of New York; (b) 20
15 | days after an Order is entered should this Court transfer this Action to the Southern
16 | District of New York under 28 U.S.C. § 1404(a); or (c) 30 days after an Order is entered
17 | should this Court decline to transfer this Action to the Southern District of New York.

18 | 4. If Plaintiff notifies Defendants that it will amend the Complaint, Defendants will answer
19 | or otherwise move in response to the Amended Complaint no later than 25 days after
20 | service of the Amended Complaint. However, in no event shall Defendants be required
21 | to answer or otherwise move in response to the Amended Complaint until: (a) 20 days
22 | after Defendants' counsel receive notice that the MDL Panel has filed the Conditional
23 | Transfer Order in the United States District Court for the Southern District of New York;
24 | (b) 20 days after an Order is entered should this Court transfer this Action to the Southern
25 | District of New York under 28 U.S.C. § 1404(a); or (c) 30 days after an Order is entered
26 | should this Court decline to transfer this Action to the Southern District of New York.

27 | 5. If any Defendant elects to move to dismiss the Complaint and this action has been
28 | transferred to the Southern District of New York either by the MDL Panel or pursuant to

DBSI's Transfer Motion, such motion will not raise any arguments not set forth in that particular Defendant's Deficiency Letter.

6.  If (a) Plaintiff gives notice pursuant to Paragraph 2 above that it does not intend to amend the Complaint, (b) this Action has not been transferred to the Southern District of New York, (c) any Defendant makes any argument not included in that particular Defendant's Deficiency Letter in a motion to dismiss, and (d) Plaintiff seeks to amend its Complaint, then such Defendant will consent to Plaintiff's amendment of the Complaint.

7.  In the event that any Defendant elects to move to dismiss the Complaint or the Amended Complaint, Plaintiff will serve an opposition to that particular motion to dismiss no later than 45 days after service of that motion to dismiss. That particular Defendant shall have 30 days to serve any reply to Plaintiff's opposition.

Dated: October 5, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____/s/ Sara B. Brody_____
SARA B. BRODY

Of counsel:

Andrew W. Stern
Alex J. Kaplan
astern@sidley.com
ajkaplan@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:     (212) 839-5599

Attorneys For Defendants
Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated

| | | |
|---|---|---|
| 1 | Dated: October 5, 2009 | **Morgan, Lewis, & Bockius LLP**<br>Jami Wintz McKeon<br>Elizabeth A. Frohlich |
| 2 | | |
| 3 | | By:   /s/ Elizabeth A. Frohlich<br>              Elizabeth A. Frohlich |
| 4 | | |
| 5 | | Attorneys For Defendant<br>Deutsche Bank Securities, Inc. |
| 6 | Dated:  October 5, 2009 | **Arent Fox LLP**<br>Robert C. O'Brien<br>Steven E. Bledsoe<br>Antoinette Waller |


1  Dated:   October 5, 2009           **Morgan, Lewis, & Bockius LLP**
                                       Jami Wintz McKeon
2                                      Elizabeth A. Frohlich

3                                      By:   /s/ Elizabeth A. Frohlich
                                               Elizabeth A. Frohlich
4

5                                      Attorneys For Defendant
                                       Deutsche Bank Securities, Inc.

6  Dated:   October 5, 2009           **Arent Fox LLP**
                                       Robert C. O'Brien
7                                      Steven E. Bledsoe
                                       Antoinette Waller
8

9                                      By:   /s/ Antoinette Waller
                                               Antoinette Waller
10

11                                     Attorneys For Defendant Money Market 1
                                       Institutional Investment Dealer
12  Dated: October 5, 2009            **Saveri & Saveri, Inc.**
                                       R. Alexander Saveri
13                                     Geoffrey C. Rushing
                                       Gianna Gruenwald
14

15                                     By:   /s/ R. Alexander Saveri
                                               R. Alexander Saveri
16
                                       Attorneys For Plaintiff Louisiana Pacific
17                                     Corporation

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21  Dated: October 6, 2009

22

23                                     _____
                                       Hon. Jeffrey S. White
24                                     United States District Judge

25

26

27

28

                                          4
            STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
                                  CASE NO.: C 09-3529-JSW