Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller
  kmiller@khhte.com
Andrew C. Shen
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Louisiana Pacific Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>           Defendants, | Case No. C 09 03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO DEUTSCHE BANK SECURITIES INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

|   |   |
|---|---|
| 1 | WHEREAS, on June 10, 2009, the United States Judicial Panel on Multidistrict |
| 2 | Litigation centralized four actions before the Honorable Loretta A. Preska in the Southern |
| 3 | District of New York, captioned *In re Merrill Lynch Auction Rate Securities Litigation*, 1:08-cv- |
| 4 | 3037-LAP; *Community Trust Bank, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 1:09-cv- |
| 5 | 5403-LAP; *Louisiana Stadium & Exposition District, et al. v. Financial Guaranty Ins. Co., et al.*, |
| 6 | 1:09-cv-5404-LAP; and *The Cooperative Bank, et al., v. Merrill Lynch, Pierce, Fenner & Smith,* |
| 7 | *Inc.*, 1:09-cv-5405-LAP (the "Centralized Actions"); |
| 8 | WHEREAS, on July 31, 2009, Plaintiff filed in this Court its complaint (the |
| 9 | "Complaint") in the above-captioned action (the "Action"); |
| 10 | WHEREAS, on August 14, 2009, Defendants Merrill Lynch & Co., Inc. and Merrill |
| 11 | Lynch, Pierce, Fenner & Smith, Inc., filed a Notice of Tag-Along Action with the United States |
| 12 | Judicial Panel on Multidistrict Litigation ("MDL Panel"), seeking to transfer the Action for |
| 13 | coordinated or consolidated pretrial proceedings with the Centralized Actions currently pending |
| 14 | before Judge Preska in the United States District Court for the Southern District of New York; |
| 15 | WHEREAS, on September 1, 2009, the Clerk of the MDL Panel entered a Conditional |
| 16 | Transfer Order conditionally transferring the Action to Judge Preska in the Southern District of |
| 17 | New York; |
| 18 | WHEREAS, on September 15, 2009, defendant Deutsche Bank Securities Inc. ("DBSI") |
| 19 | filed a notice of opposition to the September 1, 2009 Conditional Transfer Order; |
| 20 | WHEREAS, on September 16, 2009, the MDL Panel issued a stay of its September 1, |
| 21 | 2009 Conditional Transfer Order pending the resolution of DBSI's opposition; |
| 22 | WHEREAS, on September 24, 2009, DBSI filed a motion pursuant to |
| 23 | 28 U.S.C. § 1404(a) seeking to transfer the Action to the Southern District of New York, but not |
| 24 | seeking consolidation with the Centralized Actions ("DBSI's Transfer Motion"), and setting a |
| 25 | hearing date of December 4, 2009 for DBSI's Transfer Motion; |
| 26 |   |
| 27 |   |
| 28 |   |

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO DEUTSCHE
BANK SECURITIES INC.'S MOTION TO TRANSFER VENUE PURSUANT OT 28 U.S.C. § 1404(A)
CASE NO.: C 09-03529-JSW

1         WHEREAS, on September 24, 2009, this Court issued an Order Setting Briefing

2  Schedule on Motion to Transfer Venue stating that any opposition to DBSI's Transfer Motion

3  shall be filed no later than October 9, 2009, and any reply brief shall be filed no later than

4  October 16, 2009;

5         WHEREAS, on October 1, 2009, DBSI filed a Motion to Vacate Conditional Transfer

6  Order with the MDL Panel in which DBSI argued that the MDL Panel should not consolidate or

7  coordinate the Action with the Centralized Actions before Judge Preska;

8         WHEREAS, each party in this case may file with the MDL papers in support of or in

9  opposition to DBSI's Motion to Vacate Conditional Transfer Order by October 21, 2009; and

10        WHEREAS, Plaintiff, having recently received DBSI's Motion to Vacate Conditional

11  Transfer Order, requires additional time to evaluate such Motion and to coordinate a response to

12  both the Motion to Vacate Conditional Transfer Order and DBSI's Transfer Motion;

13        Now, therefore, the Parties, through their respective undersigned counsel, hereby

14  STIPULATE, AGREE, and JOINTLY REQUEST the following:

15  1.   That the deadline for any party to oppose DBSI's Transfer Motion is extended to October

16       16, 2009, and the deadline for DBSI to file any reply brief is extended until October 23,

17       2009.

20  Dated: October 6, 2009.                              Respectfully submitted,

                                                        **Saveri & Saveri, Inc.**
                                                        R. Alexander Saveri

                                                        By:   /s/ R. Alexander Saveri
                                                              R. Alexander Saveri


                                                        R. Alexander Saveri
                                                        SAVERI & SAVERI, INC.
                                                        706 Sansome Street
                                                        San Francisco, CA 94111-5619
                                                        Telephone: (415) 217-6810
                                                        Facsimile: (415) 217-6813

                                                        Attorneys for Plaintiff Louisiana Pacific
                                                        Corporation

Dated: October 6, 2009.                    **Sidley Austin LLP**
                                           Sara P. Brody


                                    By:    _/s/ Sara B. Brody_
                                           Sara B. Brody

                                           Attorneys for Defendants
                                           Merrill Lynch & Co., Inc. and Merrill Lynch,
                                           Pierce, Fenner & Smith Incorporated


Dated: October 6, 2009.                    **Morgan, Lewis, & Bockius LLP**
                                           Jami Wintz McKeon
                                           Elizabeth A. Frohlich

                                    By:    _/s/ Elizabeth A. Frohlich_
                                           Elizabeth A. Frohlich

                                           Attorneys for Defendant
                                           Deutsche Bank Securities, Inc.

Dated: October 6, 2009.                    **Arent Fox LLP**
                                           Antoinette Waller

                                    By:    _/s/ Antoinette Waller_
                                           Antoinette Waller

                                           Attorneys for Defendant Money Market 1
                                           Institutional Investment Dealer

---

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO DEUTSCHE
BANK SECURITIES INC.'S MOTION TO TRANSFER VENUE PURSUANT OT 28 U.S.C. § 1404(A)
CASE NO.: C 09-03529-JSW

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 6, 2009

_____
Hon. Jeffrey S. White
United States District Judge