IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MONEY MARKET 1 INSTITUTIONAL<br>INVESTMENT DEALER, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 09-03529 JSW<br><br>**ORDER VACATING HEARING<br>AND STAYING PROCEEDINGS** |

    Now before this Court is the motion filed by Defendant Deutsche Bank Securities Inc. ("Deutsche Bank") to transfer venue pursuant to 28 U.S.C. § 1404(a). In opposition to the motion, Plaintiff Louisiana Pacific Corporation argues that the motion should be stayed pending resolution of a fully briefed and calendared motion to vacate a conditional transfer order currently pending before the Judicial Panel on Multidistrict Litigation ("MDL Panel").

    Having considered the relevant legal authority, the Court concludes that a limited stay of these proceedings, pending a ruling from the MDL on the motion to transfer, would further judicial economy and efficiency. If the MDL Panel decides to transfer this action to MDL No. 2030, all of the purported efficiency concerns raised in Deutsche Bank's motion will no longer be present. Accordingly, the Court VACATES the hearing on the motion to transfer now set for December 4, 2009, VACATES the case management conference set for the same day, and STAYS the proceedings until the pending consolidation matter is resolved by the MDL Panel. In the event the MDL Panel vacates the conditional transfer order, the Court will

schedule a case management conference and a hearing on Deutsche Bank's motion to transfer venue.

**IT IS SO ORDERED.**

Dated: November 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE