1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9    LOUISIANA PACIFIC CORPORATION,

10              Plaintiff,                          No. C 09-03529 JSW

11        v.

12   MONEY MARKET 1 INSTITUTIONAL           **ORDER REOPENING CURRENT**
     INVESTMENT DEALER, ET AL.,             **ACTION AND SETTING MOTION**
13                                          **ON CALENDAR**
                Defendants.
14
     _____/
15

16          In a joint letter dated December 18, 2009, the parties requested this Court's assistance in

17   clarifying the status of this action after the Transfer Order issued in *In re Merrill Lynch & Co.,*

18   *Inc. August Rate Securities (ARS) Marketing Litigation*, MDL No. 2030, by the Judicial Panel

19   on Multidistrict Litigation ("MDL Panel") dated December 1, 2009.  In its Transfer Order, the

20   MDL Panel transferred all claims regarding securities underwritten by defendant Merrill Lynch

21   to the Southern District of New York, and simultaneously remanded to this Court the claims

22   regarding securities underwritten by Deutsche Bank. *See* Transfer Order at 2-3.  Subsequently,

23   this Court's clerk entered a notation in the docket indicating that this action had been closed,

24   and the parties then sought the Court's guidance on the present status of this action and the

25   pendency of the motion to transfer venue.

26          The Court now finds that the effect of the Transfer Order was to bifurcate the pre-trial

27   proceedings in this case, with the claims arising from the Merrill Lynch-underwritten securities

28   proceeding in the Southern District of New York and the claims arising from the Deutsche

**United States District Court**
For the Northern District of California

1   Bank-underwritten securities proceeding in this Court.  Accordingly, the Court HEREBY

2   ORDERS as follows:

3       1.      The Clerk is directed to remove the "CLOSED" notation that appears on the

4               docket.

5       2.      Deutsche Bank's motion to transfer venue pursuant to 28 U.S.C. § 1404 is

6               hereby set for hearing on Friday, March 5, 2010 at 9:00 a.m.

7

8       **IT IS SO ORDERED.**

9

10  Dated:   January 5, 2010                              _____

11                                                        JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2