IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 09-03529 JSW<br><br>**ORDER RE REPLY** |

This matter is set for a hearing on March 5, 2010 at 9:00 a.m. on Defendant Deutsche Bank Securities, Inc.'s motion to transfer venue. The Court HEREBY ORDERS that a reply to the motion, if any, shall be filed by no later than February 2, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 26, 2010

                                                            JEFFREY S. WHITE<br>                                                            UNITED STATES DISTRICT JUDGE