IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA PACIFIC CORPORATION,

    Plaintiff,

    v.

MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,

    Defendants.

No. C 09-03529 JSW

**ORDER VACATING HEARING ON MOTION TO TRANSFER VENUE**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to transfer venue which has been noticed for hearing on Friday, March 5, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: February 26, 2010

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE