MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
jmckeon@morganlewis.com
efrohlich@morganlewis.com

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; AND DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No. CV09-03529-JSW<br><br>Reassigned to the Honorable Jeffrey S. White – Courtroom 11<br><br>Complaint filed: July 31, 2009<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03529-JSW — - 1 - — STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS & SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS

Plaintiff Louisiana Pacific Corporation ("Plaintiff") and Defendants Money Market 1 Institutional Investment Dealer ("MM1") and Deutsche Bank Securities Inc. ("DBSI") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC"), asserting 13 causes of action, on March 8, 2010;

WHEREAS, the Court issued its order denying DBSI's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) on March 22, 2010;

WHEREAS, the parties previously stipulated and the Court ordered that if DBSI's motion to transfer was denied, the Defendants would have 30 days after such order was entered to answer or otherwise respond to Plaintiff's operative pleading, if any defendant filed a motion to dismiss, Plaintiff would serve its opposition within 45 days after service of any such motion to dismiss, and Defendants would have 30 days to serve any reply;

WHEREAS, the FAC asserts federal securities fraud, California securities fraud, and common law fraud claims against Defendants and breach of fiduciary duty and negligent misrepresentation claims against MM1 in connection with auction-rate securities ("ARS") – financial instruments that pay interest at rates set at periodic auctions;

WHEREAS, the FAC alleges over the course of 237 paragraphs and 79 pages that Defendants engaged in a comprehensive scheme to defraud Plaintiff in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5, that Defendants violated Sections 25500, 25501 and 25504.1 of the California Corporate Securities Law of 1968, that Defendants committed common law fraud and that MM1 made negligent misrepresentations and breached its fiduciary duties to Plaintiff;

WHEREAS, the FAC contains allegations concerning 14 different securities purchased by Plaintiff and alleges that defendant DBSI's wrongful conduct involved eight different securities underwritten by it and that defendant MM1's wrongful conduct involved those same eight different securities plus an additional six different securities underwritten by the Merrill Lynch defendants;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03529-JSW   - 2 -   STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS & SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS

1   WHEREAS, the parties agree that the FAC's scope and complexity warrant a modest
2   increase in the page limits imposed by this Court's Civil Standing Orders for Defendants'
3   opening briefs and Plaintiff's opposition on Defendants' motion to dismiss, but that the page limit
4   for Defendants' reply briefs shall remain 15 pages (exclusive of title pages, indices of cases, table
5   of contents, exhibits, and summaries of argument); and

6   WHEREAS, Plaintiff and MM1 agree to extend the deadline for MM1's filing of its
7   motion to dismiss by two days from April 21, 2010 to April 23, 2010 to accommodate the
8   calendar of counsel for MM1, and note that no prior extensions or changes have been made to
9   MM1's deadline to respond to the FAC;

10  IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and
11  Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

12  1.   DBSI shall file its opening papers in support of its motions to dismiss on or before
13  April 21, 2010, Plaintiff shall file its opposition papers on or before June 7, 2010, and DBSI shall
14  file its reply papers on or before July 7, 2010;

15  2.   MM1 shall file its opening papers in support of its motions to dismiss on or before
16  April 23, 2010, Plaintiff shall file its opposition papers on or before June 7, 2010, and MM1 shall
17  file its reply papers on or before July 7, 2010

18  3.   The hearing date for Defendants' motions to dismiss shall be August 27, 2010 at
19  9:00 a.m.

20  4.   Defendant DBSI's memorandum of law in support of its motion to dismiss shall
21  not exceed ~~35~~ 30 pages in length (exclusive of title pages, indices of cases, table of contents,
22  exhibits, and summaries of argument);

23  5.   Defendant MM1's memorandum of law in support of its motion to dismiss shall
24  not exceed ~~40~~ 35 pages in length (exclusive of title pages, indices of cases, table of contents,
25  exhibits, and summaries of argument);

26  6.   Plaintiff's memorandum of law in opposition to DBSI's motion to dismiss shall
27  not exceed ~~35~~ 30 pages (exclusive of title pages, indices of cases, table of contents, exhibits, and
28  summaries of argument); and

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03529-JSW                - 3 -                STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS & SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS

7.  Plaintiff's memorandum of law in opposition to MM1's motion to dismiss shall not exceed 40 35 pages (exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument).

Dated: April 7, 2010

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Mark C. Hansen
David L. Schwarz
Kevin J. Miller
Andrew C. Shen


By  /s/ Andrew C. Shen
    Andrew C. Shen

*Attorneys for Plaintiff*
Louisiana Pacific Corporation

Dated: April 7, 2010

ARENT FOX LLP
Robert C. O'Brien
Steven E. Bledsoe
Antoinette Waller


By  /s/ Antoinette Waller
    Antoinette Waller

*Attorneys for Defendant*
Money Market 1 Institutional Investment Dealer

Dated: April 7, 2010

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon
Elizabeth A. Frohlich


By  /s/ Elizabeth A. Frohlich
    Elizabeth A. Frohlich

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03529-JSW — - 4 -

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS & SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: __April 8_____, 2010

4  _____
   Honorable Jeffrey S. White
5  United States District Judge

CV09-03529-JSW  - 5 -  STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS & SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles