IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA PACIFIC CORPORATION,

    Plaintiff,

v.

MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,

    Defendants.

No. C 09-03529 JSW

**ORDER CONTINUING HEARING ON PENDING MOTIONS**

    Now before this Court is are several motions: (1) Defendant Money Market 1 Institutional Investment Dealer's ("MM1") motion to dismiss the first amended complaint; (2) MM1's motion to strike portions of the first amended complaint; (3) Defendant Deutsche Bank Securities Inc.'s ("Deutsche Bank") motion to dismiss the first amended complaint; and (4) Deutsche Bank's motion to strike portions of the first amended complaint.

    The Court finds it suitable to continue consideration of these motions and VACATES AND CONTINUES the hearing on the motions from August 27, 2010 at 9:00 a.m. to November 5, 2010 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: August 10, 2010

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE