IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MONEY MARKET 1 INSTITUTIONAL<br>INVESTMENT DEALER, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 09-03529 JSW<br><br>**ORDER VACATING HEARING<br>ON PENDING MOTIONS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the pending motions to dismiss and motions to strike which have been set for hearing on December 17, 2010 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: November 24, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE