1  Mark C. Hansen
      mhansen@khhte.com
2  David L. Schwarz (206257)
      dschwarz@khhte.com
3  Kevin J. Miller (*pro hac vice*)
      kmiller@khhte.com
4  Andrew C. Shen (*pro hac vice*)
      ashen@khhte.com
5  KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, P.L.L.C.
6  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
7  Telephone:  (202) 326-7900
   Facsimile:  (202) 326-7999
8
   R. Alexander Saveri (173102)
9     rick@saveri.com
   Geoffrey C. Rushing (126910)
10     grushing@saveri.com
   Gianna Gruenwald (228969)
11     gianna@saveri.com
   SAVERI & SAVERI, INC.
12  706 Sansome Street
   San Francisco, CA 94111-5619
13  Telephone:  (415) 217-6810
   Facsimile:  (415) 217-6813
14
   Attorneys for Plaintiff Louisiana Pacific Corporation
15

16              **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN FRANCISCO DIVISION**

19

20  LOUISIANA PACIFIC CORPORATION,              ) Case No. C 09 03529 JSW
                                                )
                                                )
21               Plaintiff,                     ) **STIPULATION AND [PROPOSED]**
                                                ) **ORDER EXTENDING TIME TO FILE**
22          vs.                                 ) **SECOND AMENDED COMPLAINT**
                                                )
23  MONEY MARKET 1 INSTITUTIONAL                )
   INVESTMENT DEALER, MERRILL LYNCH             ) Ctrm:  11
24  & CO., INC., MERRILL LYNCH, PIERCE,         ) Judge:  Hon. Jeffrey S. White
   FENNER & SMITH INCORPORATED, AND             )
25  DEUTSCHE BANK SECURITIES INC.,              )
                                                )
26               Defendants,                    )
                                                ) **DEMAND FOR JURY TRIAL**
                                                )
27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
COMPLAINT; Case No.:  C  09 03529 JSW

1   WHEREAS, on July 31, 2009, Plaintiff filed in this Court its Complaint in the above-

2   captioned action (the "Action");

3   WHEREAS, on March 8, 2010, Plaintiff filed in this Court its First Amended Complaint

4   ("FAC") in the Action;

5   WHEREAS, on April 21, 2010, Defendant Deutsche Bank Securities Inc. ("DBSI") filed

6   a Motion To Dismiss the FAC;

7   WHEREAS, on March 28, 2011, this Court issued an Order granting DBSI's Motion To

8   Dismiss with leave to amend, and stating that "[i]f Plaintiff wishes to file a second amended

9   complaint as against DBSI, it shall do so by no later than April 29, 2011"; and

10  WHEREAS, Plaintiff has conferred with DBSI and both parties have agreed that Plaintiff

11  shall have until May 20, 2011 to file a Second Amended Complaint as against DBSI in the

12  Action.

13  IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI,

14  acting through their respective counsel, subject to this Court's approval, that Plaintiff shall have

15  until May 20, 2011 to file a Second Amended Complaint.

16

17  Dated:  April 13, 2011                                    Respectfully submitted,

18

19                                                            By:    /s/ Andrew C. Shen

20                                                                 Mark C. Hansen
                                                                   David L. Schwarz (206257)
21                                                                 Kevin J. Miller (*pro hac vice*)
                                                                   Andrew C. Shen (*pro hac vice*)
22                                                                 KELLOGG, HUBER, HANSEN, TODD,
                                                                     EVANS & FIGEL, P.L.L.C.
23                                                                 1615 M Street, N.W., Suite 400
                                                                   Washington, D.C. 20036
24
                                                                   Attorneys for Plaintiff Louisiana Pacific
25                                                                 Corporation

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
COMPLAINT; Case No.:  C  09 03529 JSW

1    Dated:  April 13, 2011

2                                                    By:      /s/ Elizabeth A. Frohlich

3                                                         Jami Wintz McKeon (237923)
                                                         Elizabeth A. Frohlich (195454)
4                                                        MORGAN, LEWIS & BOCKIUS, LLP
                                                         One Market, Spear Street Tower
5                                                        San Francisco, CA 94105

6                                                        Attorneys for Defendant
                                                         Deutsche Bank Securities Inc.
7

8

9

10

11

12

13

14   PURSUANT TO STIPULATION, ~~AND FOR GOOD CAUSE SHOWN~~, IT IS SO ORDERED.

15

16   Dated:  April 13, 2011

17

18

19   _____

20   Hon. Jeffrey S. White
     United States District Judge
21

22

23

24

25

26

27

28

2