Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Louisiana Pacific Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>        Defendants, | Case No. C 09 03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Ctrm: 11<br>Judge: Hon. Jeffrey S. White<br><br><br>**DEMAND FOR JURY TRIAL** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT; Case No.: C 09 03529 JSW

1   WHEREAS, on July 31, 2009, Plaintiff filed in this Court its Complaint in the above-
2   captioned action (the "Action");
3   WHEREAS, on March 8, 2010, Plaintiff filed in this Court its First Amended Complaint
4   ("FAC") in the Action;
5   WHEREAS, on April 21, 2010, Defendant Deutsche Bank Securities Inc. ("DBSI") filed
6   a Motion To Dismiss the FAC;
7   WHEREAS, on March 28, 2011, this Court issued an Order granting DBSI's Motion To
8   Dismiss with leave to amend, and stating that "[i]f Plaintiff wishes to file a second amended
9   complaint as against DBSI, it shall do so by no later than April 29, 2011"; and
10   WHEREAS, Plaintiff has conferred with DBSI and both parties have agreed that Plaintiff
11   shall have until May 20, 2011 to file a Second Amended Complaint as against DBSI in the
12   Action.
13   IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI,
14   acting through their respective counsel, subject to this Court's approval, that Plaintiff shall have
15   until May 20, 2011 to file a Second Amended Complaint.

Dated:  April 13, 2011                                  Respectfully submitted,

                                                        By:    /s/ Andrew C. Shen

                                                        Mark C. Hansen
                                                        David L. Schwarz (206257)
                                                        Kevin J. Miller (*pro hac vice*)
                                                        Andrew C. Shen (*pro hac vice*)
                                                        KELLOGG, HUBER, HANSEN, TODD,
                                                            EVANS & FIGEL, P.L.L.C.
                                                        1615 M Street, N.W., Suite 400
                                                        Washington, D.C. 20036

                                                        Attorneys for Plaintiff Louisiana Pacific
                                                        Corporation

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED
COMPLAINT; Case No.:  C  09 03529 JSW

Dated: April 13, 2011

By:  /s/ Elizabeth A. Frohlich

Jami Wintz McKeon (237923)
Elizabeth A. Frohlich (195454)
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Attorneys for Defendant
Deutsche Bank Securities Inc.

PURSUANT TO STIPULATION, ~~AND FOR GOOD CAUSE SHOWN~~, IT IS SO ORDERED.

Dated: April 13, 2011

_____
Hon. Jeffrey S. White
United States District Judge

2
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT; Case No.: C 09 03529 JSW