Mark C. Hansen
David L. Schwarz (State Bar No. 206257)
Kevin J. Miller (Admitted *Pro Hac Vice*)
Andrew C. Shen (Admitted *Pro Hac Vice*)
KELLOGG, HUBER, HANSEN, TODD, EVANS
  & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: 202.326.7900/Facsimile: 202.326.7999
Email: mhansen@khhte.com
       dschwarz@khhte.com
       kmiller@khhte.com
       ashen@khhte.com

Attorneys for Plaintiff Louisiana Pacific Corporation

Robert C. O'Brien (State Bar No. 154372)
Steven E. Bledsoe (State Bar No. 157811)
Antoinette Waller (State Bar No. 152895)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400/Facsimile: 213.629.7401
Email: obrien.robert@arentfox.com
       bledsoe.steven@arentfox.com
       waller.antoinette@arentfox.com

Attorneys for Defendant
Money Market 1 Institutional Investment Dealer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; AND DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendants. | Case No. CV09-03529-JSW<br><br>[Before The Honorable Jeffrey S. White – Courtroom 11]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER'S TIME TO ANSWER THE ANTICIPATED SECOND AMENDED COMPLAINT**<br><br>[Local Rule 7-12] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW                              - 1 -                    STIPULATION AND [PROPOSED] ORDER EXTENDING
                                                                    DEFENDANT MM1'S TIME TO ANSWER THE ANTICIPATED
LA/453785.1                                                         SECOND AMENDED COMPLAINT

1  Plaintiff Louisiana Pacific Corporation ("Plaintiff") and defendant Money Market 1
2  Institutional Investment Dealer ("MM1"), acting through their respective counsel, enter into the
3  below stipulation:
4  WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on March 8, 2010;
5  WHEREAS, on April 21, 2010, defendant Deutsche Bank Securities, Inc. filed a Motion
6  to Dismiss the FAC in this Court;
7  WHEREAS, on April 23, 2010, MM1 filed a Motion to Dismiss the FAC in this Court;
8  WHEREAS, by Order dated March 28, 2011, the Court denied MM1's Motion to
9  Dismiss, granted DBSI's Motion to Dismiss, and granted leave for Plaintiff to file a Second
10 Amended Complaint ("SAC") by April 29, 2011;
11 WHEREAS, the Court subsequently entered an order extending Plaintiff's time to file its
12 SAC in this Court through and until May 20, 2011; and
13 WHEREAS, Plaintiff has advised MM1 of Plaintiff's intent to assert in the SAC the same
14 claims against MM1 that the Court has already sustained, to be filed in this Court by May 20,
15 2011, and defendant MM1 has requested and Plaintiff has agreed that MM1 shall file an Answer
16 to the SAC twenty-one (21) days after Plaintiff files the SAC in this Court.
17 IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and MM1,
18 acting through their respective counsel, subject to this Court's approval, that MM1 shall file an
19 Answer to the anticipated SAC twenty-one (21) days after the filing of the SAC in this Court.
20 Dated: May 20, 2011                                    Respectfully submitted,
21                                                       KELLOGG, HUBER, HANSEN, TODD,
                                                         EVANS, & FIGEL, P.L.L.C.
22
23
24                                                       By: /s/ Kevin J. Miller
                                                             Kevin J. Miller
25                                                           Attorneys for Plaintiff
                                                             Louisiana Pacific Corporation
26
27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW       - 2 -       STIPULATION AND [PROPOSED] ORDER EXTENDING
                                 DEFENDANT MM1'S TIME TO ANSWER THE ANTICIPATED
LA/453785.1                      SECOND AMENDED COMPLAINT

| | |
|---|---|
| 1  Dated: May 20, 2011 | Respectfully submitted, |
| 2 | ARENT FOX LLP |
| 4 | By: /s/ Antoinette Waller |
| 5 | Antoinette Waller<br>Attorneys for Defendant |
| 6 | Money Market 1 Institutional Investment Dealer |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 23, 2011

_____
Hon. Jeffrey S. White
United States District Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW

LA/453785.1

- 3 -

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANT MM1'S TIME TO ANSWER THE ANTICIPATED
SECOND AMENDED COMPLAINT