Robert C. O'Brien (State Bar No. 154372)
Steven E. Bledsoe (State Bar No. 157811)
Antoinette Waller (State Bar No. 152895)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone: 213.629.7400/Facsimile: 213.629.7401
Email: obrien.robert@arentfox.com
　　　　bledsoe.steven@arentfox.com
　　　　waller.antoinette@arentfox.com

Attorneys for Defendant
Money Market 1 Institutional Investment Dealer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; AND DEUTSCHE BANK SECURITIES, INC.,<br><br>　　　　　　Defendants. | Case No.  CV09-03529-JSW<br><br>[Before The Honorable Jeffrey S. White – Courtroom 11]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER'S TIME TO ANSWER THE SECOND AMENDED COMPLAINT**<br><br>**[Local Rule 7-12]** |

　　　　Plaintiff Louisiana Pacific Corporation ("Plaintiff") and defendant Money Market 1 Institutional Investment Dealer ("MM1"), acting through their respective counsel, enter into the below stipulation:

　　　　WHEREAS, following the Judicial Panel on Multidistrict Litigation's order transferring a portion of this case to the Southern District of New York ("SDNY"), Plaintiff filed a First Amended Complaint ("FAC") on March 8, 2010 in this Court and concurrently filed the same FAC in the SDNY alleging its claims against MM1 in both forums;

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW

LA/470059.1

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MM1'S TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT

1  WHEREAS, on April 21, 2010, defendant Deutsche Bank Securities, Inc. ("DBSI") filed a
2  Motion to Dismiss the FAC in this Court;

3  WHEREAS, on April 23, 2010, MM1 filed a Motion to Dismiss the FAC in this Court;

4  WHEREAS, by Order dated March 28, 2011, the Court denied MM1's Motion to Dismiss
5  as pending in the Northern District of California, granted DBSI's Motion to Dismiss, and granted
6  leave for Plaintiff to file a Second Amended Complaint ("SAC") in this Court by April 29, 2011;

7  WHEREAS, the Court subsequently entered an order extending Plaintiff's time to file its
8  SAC in this Court through and until May 20, 2011;

9  WHEREAS, Plaintiff filed its SAC in this Court on May 20, 2011;

10  WHEREAS, the SAC alleges over the course of 265 paragraphs and 92 pages that MM1
11  engaged in a comprehensive scheme to defraud Plaintiff in violation of Section 10(b) of the
12  Securities Exchange Act of 1934 and Rule 10b-5, that MM1 violated Sections 25500, 25501 and
13  25504.1 of the California Corporate Securities Law of 1968, and that MM1 committed common
14  law fraud, common law negligent misrepresentation and common law breach of fiduciary duty in
15  connection with at least fourteen different series of auction-rate securities.

16  WHEREAS, Plaintiff and defendant DBSI previously stipulated and the Court ordered
17  that DBSI shall answer or otherwise respond to the SAC on or before June 27, 2011 and entered a
18  briefing schedule for an anticipated motion to dismiss by DBSI;

19  WHEREAS, the Court has set a hearing on DBSI's anticipated motion to dismiss the SAC
20  for September 2, 2011 at 9:00 a.m.;

21  WHEREAS, the parties stipulated and the Court ordered that MM1 would have until
22  twenty-one (21) days after the filing of the SAC to file an Answer to the SAC in this Court;

23  WHEREAS, the parties further agreed that MM1's answer to the SAC would be due on
24  June 17, 2011;

25  WHEREAS, MM1 has requested and Plaintiff has agreed to additional time for MM1 to
26  prepare its answer to the SAC through and until July 8, 2011;

27  ///
28  ///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW

LA/470059.1

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANT MM1'S TIME TO ANSWER PLAINTIFF'S
SECOND AMENDED COMPLAINT

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and MM1, acting through their respective counsel, subject to this Court's approval, that MM1 shall file an answer to the SAC in this Court on or before July 8, 2011.

Dated: June 17, 2011	Respectfully submitted,

KELLOGG, HUBER, HANSEN, TODD, EVANS, & FIGEL, P.L.L.C.

By: /s/ Andrew C. Shen
    Andrew C. Shen
    Attorneys for Plaintiff
    Louisiana Pacific Corporation

Dated: June 17, 2011	Respectfully submitted,

ARENT FOX LLP

By: /s/ Antoinette Waller
    Antoinette Waller
    Attorneys for Defendant
    Money Market 1 Institutional Investment Dealer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2011

                      Hon. Jeffrey S. White
                      United States District Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV09-03259-JSW

LA/470059.1

- 3 -

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MM1'S TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT