Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Louisiana Pacific Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants, | Case No. C 09 03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE FOR PENDING MOTIONS AS MODIFIED**<br><br>Ctrm: 11<br>Judge: Hon. Jeffrey S. White<br><br><br>**DEMAND FOR JURY TRIAL** |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE FOR PENDING MOTIONS;
Case No.: C 09 03529 JSW

| | |
|---|---|
| 1 | WHEREAS, on May 20, 2011, Plaintiff filed in this Court its Second Amended |
| 2 | Complaint in the above-captioned action; |
| 3 | WHEREAS, on June 27, 2011, Defendant Deutsche Bank Securities Inc. ("DBSI") filed |
| 4 | a Motion To Dismiss Plaintiff's Second Amended Complaint, a Motion To Strike Portions of |
| 5 | Plaintiff's Second Amended Complaint, and a Request for Judicial Notice (the "Pending |
| 6 | Motions"); |
| 7 | WHEREAS, on June 3, 2011, this Court issued an Order setting a motion date on the |
| 8 | Pending Motions for September 2, 2011 at 9:00 AM; |
| 9 | WHEREAS, counsel for Plaintiff has a scheduling conflict with the September 2, 2011 |
| 10 | motion date; and |
| 11 | WHEREAS, Plaintiff has conferred with DBSI and both parties have agreed to |
| 12 | reschedule the motion date for the Pending Motions to October 14, 2011. |
| 13 | IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI, |
| 14 | acting through their respective counsel, subject to this Court's approval, that the motion date for |
| 15 | the Pending Motions shall be rescheduled for ~~October 14, 2011~~, at a time set by the Court. |

Dated: August 10, 2011                                            Respectfully submitted,

By:   /s/ Andrew C. Shen

Mark C. Hansen
David L. Schwarz (206257)
Kevin J. Miller (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Attorneys for Plaintiff Louisiana Pacific Corporation

STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING MOTION DATE FOR PENDING MOTIONS;
Case No.:  C  09 03529 JSW

1  Dated: August 10, 2011

2                                               By:    /s/ Elizabeth A. Frohlich

3                                                   Jami Wintz McKeon (237923)
                                                    Elizabeth A. Frohlich (195454)
4                                                   MORGAN, LEWIS & BOCKIUS, LLP
                                                    One Market, Spear Street Tower
5                                                   San Francisco, CA 94105

6
                                                    Attorneys for Defendant
7                                                   Deutsche Bank Securities Inc.

14  PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

15                            The hearing is continued to October 28, 2011 at 9:30 a.m.

16  Dated: August 10, 2011

19                                              _____
                                                Hon. Jeffrey S. White
20                                              United States District Judge

2

STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE FOR PENDING MOTIONS;
Case No.:  C  09 03529 JSW