**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   LOUISIANA PACIFIC CORPORATION,
10          Plaintiff,                          No. C 09-03529 JSW
11      v.
12  MONEY MARKET 1 INSTITUTIONAL        **ORDER VACATING HEARING**
    INVESTMENT DEALER, ET AL.,          **ON MOTIONS**
13
14          Defendants.
                                        /
15
16          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss the
17  second amended complaint and the motion to strike which have been noticed for hearing on
18  Friday, October 28, 2011 at 9:00 a.m., are appropriate for decision without oral argument.
19  Accordingly, the hearing date is hereby VACATED.  The motions will be taken under
20  submission and decided on the papers.
21          **IT IS SO ORDERED.**
22
23  Dated:   October 25, 2011
                                        JEFFREY S. WHITE
24                                      UNITED STATES DISTRICT JUDGE
25
26
27
28