Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff Louisiana Pacific Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>    Defendants, | Case No. C 09 03529 JSW<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Ctrm: 11<br>Judge: Hon. Jeffrey S. White<br><br><br>**DEMAND FOR JURY TRIAL** |

1    Louisiana Pacific Corporation ("LP") and Deutsche Bank Securities Inc. ("DBSI") jointly
2 request that the Court schedule a Case Management Conference ("CMC") for December 2, 2011
3 at 3:00 p.m. or such earlier time or date as the Court may have available.
4    On March 28, 2011, the Court issued an Order denying Money Market 1 Institutional
5 Dealer's ("MM1") motion to dismiss the First Amended Complaint.  DN 132.  On October 27,
6 2011, the Court issued an Order denying DBSI's motion to dismiss the Second Amended
7 Complaint.  DN 165.  Discovery against all Defendants had been stayed pending the Court's
8 October 27, 2011 Order.  On November 8, 2011, LP and DBSI held a Federal Rule of Civil
9 Procedure 26(f) conference to discuss a proposed litigation schedule and other discovery related
10 matters.  Counsel for MM1 informed both LP and DBSI that MM1 would not participate in the
11 Rule 26(f) conference, that MM1 will not voluntarily participate in discovery, and that counsel
12 for MM1 would soon file a motion for withdrawal.
13    LP and DBSI now jointly request that the Court schedule a CMC on December 2, 2011 at
14 3:00 p.m. or at or such earlier time or date as the Court may have available.

16 Dated:  November 16, 2011                    Respectfully submitted,

18                                             By:    /s/ Andrew C. Shen

                                                Mark C. Hansen
                                                David L. Schwarz (206257)
                                                Kevin J. Miller (*pro hac vice*)
                                                Andrew C. Shen (*pro hac vice*)
                                                KELLOGG, HUBER, HANSEN, TODD,
                                                   EVANS & FIGEL, P.L.L.C.
                                                1615 M Street, N.W., Suite 400
The Court shall conduct a further case           Washington, D.C. 20036
management conference on January 6, 2012.
The parties shall submit a joint case management *Attorneys for Plaintiff Louisiana Pacific*
statement by no later than December 30, 2011.    *Corporation*

*[signature: Jeffrey S. White]*              Dated:  November 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE; Case No.:  C  09 03529 JSW