| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JAMI WINTZ MCKEON (SBN 237923)<br>jmckeon@morganlewis.com |
| 3 | ELIZABETH A. FROHLICH (SBN 195454)<br>efrohlich@morganlewis.com |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 5 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | CHRISTIAN J. MIXTER<br>cmixter@morganlewis.com |
| 8 | 1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 |
| 9 | Tel: 202.739.3000<br>Fax: 202.739.3001 |
| 10 | Attorneys for Defendant<br>Deutsche Bank Securities Inc. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No. C 09 03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION** |

Plaintiff Louisiana Pacific Corporation ("LP") and Defendant Deutsche Bank Securities Inc. ("DBSI"), acting through their respective counsel, enter into the below stipulation:

WHEREAS, the Court, on January 5, 2012, ordered the parties to submit a stipulation and proposed order selecting either private mediation or court mediation;

---

STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION; CASE NO. C 09-03529-JSW

DB2/ 22909455.1

1  WHEREAS, LP and DBSI met and conferred regarding mediation and agreed upon
2  private mediation;[1]
3  WHEREAS, the Court, on January 5, 2012, ordered the parties to complete the first round
4  of mediation by April 4, 2012;
5  IT IS THEREFORE STIPULATED AND AGREED, by and between LP and DBSI,
6  acting through their respective counsel, subject to this Court's approval, that LP and DBSI shall
7  participate in private mediation, the first round of which shall be completed by April 4, 2012.

9  Dated: January 19, 2012          /s/ Andrew C. Shen
                                    Attorney for Plaintiff
10                                  Louisiana Pacific Corporation

13 Dated: January 19, 2012          /s/ Christian J. Mixter
                                    Attorney for Defendant
14                                  Deutsche Bank Securities Inc.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 Dated: January 30, 2012.

                                    /s/ Jeffrey S. White
                                    Hon. Jeffrey S. White
22                                  United States District Judge

---

[1] Defendant Money Market 1 Institutional Investment Dealer ("MM1") has declined to meet and confer with LP and DBSI regarding mediation and to join this stipulation. MM1 maintains that this matter remains stayed as against MM1, including all discovery and other proceedings, pursuant to the Private Securities Litigation Reform Act until resolution of its motion to dismiss, which is pending before Judge Preska in the Southern District of New York in case numbers 1:09-MD-02030-LAP and 1:09-CV-09887-LAP.