IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA PACIFIC CORPORATION,

    Plaintiff,

v.

MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,

    Defendants.

No. C 09-03529 JSW

**ORDER TO SHOW CAUSE RE DISCOVERY**

The Court has received a letter dated May 1, 2012 from Plaintiff Louisiana Pacific Corporation which indicates that Defendant Money Market 1 Institutional Investment Dealer ("MM1"), although it has emerged from bankruptcy, refuses to participate in discovery. Accordingly, the Court HEREBY ISSUES this order to show cause why the Court should not compel formal discovery responses from MM1 and/or impose monetary sanctions for its failure to fulfill its discovery obligations under the Federal Rules of Civil Procedure. MM1 shall have until May 11, 2012 to file a written response to this order indicating that it has complied with its discovery obligations or providing good cause for its failure to do so and a proposed expedited schedule for completion of its responses to outstanding discovery requests.

**IT IS SO ORDERED.**

Dated: May 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE