Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Louisiana Pacific Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>    Defendants, | Case No. C 09 03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL MATTERS**<br><br>Ctrm: 11<br>Judge: Hon. Jeffrey S. White<br><br><br>**DEMAND FOR JURY TRIAL** |

1   WHEREAS, on May 20, 2011, Plaintiff filed in this Court its Second Amended
2   Complaint in the above-captioned action;
3   WHEREAS, on January 30, 2012, this Court issued an Order Scheduling Trial and
4   Pretrial Matters ("Scheduling Order");
5   WHEREAS, counsel for both Plaintiff and Deutsche Bank Securities Inc. ("DBSI") have
6   been fully engaged in taking or defending multiple depositions throughout the United States in
7   another case pending in the Northern District of California and involving DBSI (as well as two
8   other defendants), *The Anschutz Corporation v. Merrill Lynch & Co., et al.*, No. CV-09-3780-SI
9   ("*Anschutz*"), and where non-expert discovery is scheduled to close on July 9, 2012, only 4 days
10  before the current close of non-expert discovery in this matter;
11  WHEREAS, the non-expert discovery dates in *Anschutz* and this matter close only 4 days
12  apart despite the fact that trial in *Anschutz* is scheduled to commence on January 28, 2013,
13  whereas trial in this matter is scheduled to commence on June 3, 2013, more than four (4)
14  months later than *Anschutz*;
15  WHEREAS, despite Plaintiff's and DBSI's diligent efforts, the parties will not be able to
16  find mutually agreeable deposition dates for all necessary deponents before the close of non-
17  expert discovery set by the Scheduling Order;
18  WHEREAS, none of the proposed dates below will change the current trial date ordered
19  by the Court; and
20  WHEREAS, Plaintiff has conferred with DBSI and both parties have agreed to
21  reschedule pretrial matters.
22  IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI,
23  acting through their respective counsel, subject to this Court's approval pursuant to Paragraph D
24  of the Scheduling Order, that the schedule set by the Scheduling Order is amended as follows:

|  | Date in Scheduling Order | Amended Date |
|---|---|---|
| Jury Trial Date (12 days) | 6/3/2013, at 8:00 a.m. | 6/3/2013, at 8:00 a.m. |
| Pretrial Conference | Monday, 5/13/2013, at 2:00 p.m. | Monday, 5/13/2013, at 2:00 p.m. |
| Last Day to Hear Dispositive Motions | Friday, 1/11/2013, 9:00 a.m. | Friday, 3/8/2013, 9:00 a.m. |
| Last Day for Expert Discovery | 10/1/2012 | 12/3/2012 |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL MATTERS; Case No.:  C  09 03529 JSW

| Close of Non-expert Discovery | 7/13/2012 | 9/14/2012 |
| --- | --- | --- |
| Further Case Management Conference | 9/28/2012, 1:30 p.m. | 12/7/2012, 1:30 p.m. |
| Joint Supplemental Case Management Statement due | 9/21/2012 | 11/30/2012 |

Dated: June 13, 2012                              Respectfully submitted,


                                                  By:    /s/ Andrew C. Shen

                                                      Mark C. Hansen
                                                      David L. Schwarz (206257)
                                                      Kevin J. Miller (*pro hac vice*)
                                                      Andrew C. Shen (*pro hac vice*)
                                                      KELLOGG, HUBER, HANSEN, TODD,
                                                          EVANS & FIGEL, P.L.L.C.
                                                      1615 M Street, N.W., Suite 400
                                                      Washington, D.C. 20036

                                                      Attorneys for Plaintiff Louisiana Pacific
                                                      Corporation

Dated: June 13, 2012

                                                  By:    /s/ Elizabeth A. Frohlich

                                                      Jami Wintz McKeon (237923)
                                                      Elizabeth A. Frohlich (195454)
                                                      MORGAN, LEWIS & BOCKIUS, LLP
                                                      One Market, Spear Street Tower
                                                      San Francisco, CA 94105

                                                      Attorneys for Defendant
                                                      Deutsche Bank Securities Inc.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: June 13, 2012

                                                  _____
                                                  Hon. Jeffrey S. White
                                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL MATTERS; Case No.:  C  09 03529 JSW