Steven E. Bledsoe (State Bar No. 157811)
Antoinette Waller (State Bar No. 152895)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: bledsoe.steven@arentfox.com
waller.antoinette@arentfox.com

Attorneys for Defendant
Money Market 1 Institutional Investment Dealer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; AND DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendants. | Case No. C 09-03529 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO WITHDRAW**<br><br>Date: July 20, 2012<br>Time: 9:00 a.m.<br>Courtroom: 11<br>Judge: Honorable Jeffrey S. White |

1     WHEREAS, on May 10, 2012, Arent Fox LLP, counsel for Defendant Money Market 1 Institutional Investment Dealer ("MM1") filed its Notice of Motion and Motion to Withdraw as Counsel of Record for MM1 ("Motion to Withdraw") in the above-captioned action;

4     WHEREAS, the hearing on the Motion to Withdraw is currently scheduled on the court calendar for July 20, 2012, at 9:00 a.m. in Courtroom 11;

6     WHEREAS, Arent Fox LLP's lead counsel in this matter was recently retained as trial counsel in another matter, which has a trial scheduling conference on July 20, 2012, in Riverside, California, and will not be able to attend the July 20 hearing on the Motion to Withdraw;

9     WHEREAS, Arent Fox LLP has conferred with counsel for Plaintiff, Louisiana Pacific Corporation ("LP"), and both parties have agreed to reschedule the hearing on the Motion to Withdraw;

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS THEREFORE STIPULATED AND AGREED, by and between MM1 and LP,
2  acting through their respective counsel, subject to this Court's approval, that the hearing on the
3  Motion to Withdraw be rescheduled to be heard on September 7, 2012.

Dated: June 26, 2012                    Respectfully submitted,


                                        By:   /s/ Steven E. Bledsoe
                                            Steven E. Bledsoe
                                            Antoinette Waller
                                            ARENT FOX LLP
                                            555 West 5th St. 48th Floor,
                                            Los Angeles, CA 90013

                                            Attorneys for Defendant
                                            Money Market 1 Institutional Investment
                                            Dealer

Dated: June 26, 2012

                                        By:   /s/ Andrew C. Shen
                                            Mark C. Hansen
                                            David L. Schwarz (206257)
                                            Kevin J. Miller (*pro hac vice*)
                                            Andrew C. Shen (*pro hac vice*)
                                            KELLOGG, HUBER, HANSEN, TODD,
                                                EVANS & FIGEL, P.L.L.C.
                                            1615 M Street, N.W., Suite 400
                                            Washington D.C. 20036

                                            Attorneys for Plaintiff
                                            Louisiana Pacific Corporation


PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated: June 27, 2012

                                        /s/ Jeffrey S. White
                                        _____
                                        Hon. Jeffrey S. White
                                        United States District Judge