Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
Andrew M. Hetherington (*pro hac vice*)
  ahetherington@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
Gianna Gruenwald (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Louisiana Pacific Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION, | Case No. C 09 03529 JSW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING AS MODIFIED** |
| vs. | |
| MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC., | Ctrm: 11<br>Judge: Hon. Jeffrey S. White |
| Defendants, | **DEMAND FOR JURY TRIAL** |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
No.: C 09 03529 JSW-LB

1  WHEREAS, on January 1, 2012, this Court issued an Order Scheduling Trial and Pretrial
2  Matters ("Scheduling Order") followed by an Order Rescheduling Pretrial Matters
3  ("Rescheduling Order"), on June 13, 2012;
4  WHEREAS, the Rescheduling Order provides that the Last Day for Expert Discovery
5  shall be December 3, 2012, but does not set forth a schedule for the service of expert reports or
6  the completion of initial and rebuttal expert depositions;
7  WHEREAS, Plaintiff Louisiana Pacific Corporation and Defendant Deutsche Bank
8  Securities Inc. ("DBSI") have conferred and agreed to a proposed schedule for the service of
9  expert reports and the completion of initial and rebuttal expert depositions that does not change
10 the pretrial conference or trial dates previously ordered by the Court;
11 WHEREAS, the parties wish to reschedule the Last Day for Expert Discovery from
12 December 3, 2012 to February 1, 2013, to accommodate the completion of pending Rule
13 30(b)(6) depositions, the resolution of outstanding discovery disputes, the exchange of initial and
14 rebuttal expert reports, and expert depositions;
15 WHEREAS, the parties have agreed to the proposed briefing schedule for dispositive
16 motions set forth below to accommodate the proposed expert discovery schedule; and
17 WHEREAS, Plaintiff has conferred with DBSI and both parties have agreed to
18 reschedule other pretrial matters.
19 IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI,
20 acting through their respective counsel, subject to this Court's approval pursuant to Paragraph D
21 of the Scheduling Order, that the schedule set by the Scheduling Order is amended as follows:

|  | Date in Rescheduling Order | Amended Date |  |
|---|---|---|---|
| Jury Trial Date (12 days) | 6/3/2013, at 8:00 a.m. | 6/3/2013, at 8:00 a.m. | 7/15/13- trial |
| Pretrial Conference | 5/13/2013, at 2:00 p.m. | 5/13/2013, at 2:00 p.m. | 7/10/13- jury selection |
| Last Day to Hear Dispositive Motions | 3/8/2013, 9:00 a.m. | 4/12/2013, 9:00 a.m. | 6/24/13- pretrial |
| Last Day to File Replies in Support of Dispositive Motions | N/A | 3/29/13 |  |
| Last Day to File Oppositions to Dispositive Motions | N/A | 3/15/13 |  |
| Last Day to File Dispositive Motions | N/A | 2/22/13 |  |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
No.: C 09 03529 JSW-LB

| | | |
|---|---|---|
| Last Day for Expert Discovery | 12/3/2012 | 2/8/2013 |
| Last Day for Rebuttal Expert Depositions | N/A | 2/8/2013 |
| Last Day to Serve Rebuttal Expert Reports | N/A | 1/18/2013 |
| Last Day for Initial Expert Depositions | N/A | 12/21/2012 |
| Last Day to Serve Initial Expert Reports | N/A | 11/29/2012 |

Dated:  November 6, 2012                              Respectfully submitted,


                                                By:    /s/ Andrew M. Hetherington

                                                Mark C. Hansen
                                                David L. Schwarz (206257)
                                                Kevin J. Miller (*pro hac vice*)
                                                Andrew C. Shen (*pro hac vice*)
                                                Andrew M. Hetherington (*pro hac vice*)
                                                KELLOGG, HUBER, HANSEN, TODD,
                                                    EVANS & FIGEL, P.L.L.C.
                                                1615 M Street, N.W., Suite 400
                                                Washington, D.C. 20036

                                                Attorneys for Plaintiff Louisiana Pacific
                                                Corporation

Dated:  November 6, 2012

                                                By:    /s/ Christian J. Mixter

                                                Jami Wintz McKeon (237923)
                                                Elizabeth A. Frohlich (195454)
                                                MORGAN, LEWIS & BOCKIUS, LLP
                                                One Market, Spear Street Tower
                                                San Francisco, CA 94105

                                                Christian J. Mixter
                                                MORGAN, LEWIS & BOCKIUS, LLP
                                                1111 Pennsylvania Ave., N.W.,
                                                Washington, D.C. 20004-2541

                                                Attorneys for Defendant
                                                Deutsche Bank Securities Inc.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. AS MODIFIED.

Dated: November 7, 2012

_____
Hon. Jeffrey S. White
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
No.: C 09 03529 JSW-LB

**GENERAL ORDER 45 CERTIFICATION**

I, Andrew M. Hetherington, hereby attest pursuant to N.D. Cal. General Order 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 6, 2012          KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

By:    /s/ Andrew M. Hetherington

Andrew M. Hetherington

Attorney for Plaintiff Louisiana Pacific Corporation