1  MORGAN, LEWIS & BOCKIUS LLP
   JAMI WINTZ MCKEON (SBN 237923)
2  jmckeon@morganlewis.com
   ELIZABETH A. FROHLICH (SBN 195454)
3  efrohlich@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel:    415.442.1000
5  Fax:    415.442.1001

6  MORGAN, LEWIS & BOCKIUS LLP
   CHRISTIAN J. MIXTER
7  cmixter@morganlewis.com
   1111 Pennsylvania Avenue, NW
8  Washington, DC 20004-2541
   Tel: 202.739.3000
9  Fax: 202.739.3001

10 Attorneys for Defendant
   Deutsche Bank Securities Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No. C 09-03529 JSW<br><br>*Assigned to the Honorable Jeffrey S. White* (Courtroom 11)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

CASE NO. C 09-03529-JSW

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

DB2/ 23716672.1

1  Plaintiff Louisiana Pacific Corporation ("Louisiana Pacific") and Defendant Deutsche
2  Bank Securities Inc. ("DBSI") hereby stipulate, by and through their counsel of record, as
3  follows:
4  WHEREAS, a Further Case Management in the above-captioned matter is currently
5  scheduled for December 7, 2012 at 1:30 p.m.;
6  WHEREAS, Louisiana Pacific and DBSI only have reached a settlement of the above-
7  captioned matter;[1]
8  WHEREAS, the Louisiana Pacific and DBSI jointly request that the Court reschedule the
9  Further Case Management Conference to a date in January 2013; and
10  WHEREAS, the Louisiana Pacific and DBSI are informed and believe that Friday,
11  January 18, 2013 at 1:30 p.m. is a date and time convenient for Louisiana Pacific and DBSI and
12  to which the Court may continue the Further Case Management Conference.
13  IT IS HEREBY STIPULATED THAT the Further Case Management Conference
14  scheduled for December 7, 2012 at 1:30 p.m. may be continued to January 18, 2013 at 1:30 p.m.

16  Dated: December 4, 2012  /s/ Andrew C. Shen
                              Attorney for Plaintiff
17                            *Louisiana Pacific Corporation*

19  Dated: December 4, 2012  /s/ Christian J. Mixter
                              Attorney for Defendant
                              *Deutsche Bank Securities Inc.*

21  **IT IS HEREBY ORDERED THAT** the Further Case Management Conference
22  scheduled for December 7, 2012 at 1:30 p.m. is continued to January 18, 2013 at 1:30 p.m.

24  Dated: December 4, 2012                    _Jeffrey S. White_
                                               Honorable Jeffrey S. White
25                                             United States District Court Judge

---

[1] The settlement is between Louisiana Pacific and DBSI only and does not involve Defendant Money Market 1 Institutional Investment Dealer ("MM1"). MM1's prior counsel has withdrawn and no successor counsel has been appointed. Accordingly, MM1 is not actively participating in this litigation.

1

CASE NO. C 09-03529-JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
DB2/ 23716672.1