1 | Mark C. Hansen
    mhansen@khhte.com
2 | David L. Schwarz (206257)
    dschwarz@khhte.com
3 | Kevin J. Miller (*pro hac vice*)
    kmiller@khhte.com
4 | Andrew C. Shen (*pro hac vice*)
    ashen@khhte.com
5 | Andrew M. Hetherington (*pro hac vice*)
    ahetherington@khhte.com
6 | KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
7 | 1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
8 | Telephone:  (202) 326-7900
    Facsimile:  (202) 326-7999
9 |
    R. Alexander Saveri (173102)
10 | rick@saveri.com
    Geoffrey C. Rushing (126910)
11 | grushing@saveri.com
    SAVERI & SAVERI, INC.
12 | 706 Sansome Street
    San Francisco, CA 94111-5619
13 | Telephone:  (415) 217-6810
    Facsimile:  (415) 217-6813
14 |
    *Attorneys for Plaintiff Louisiana Pacific Corporation*
15 |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION, | Case No. C 09-3529-JSW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF LOUISIANA PACIFIC CORPORATION AND DEUTSCHE BANK SECURITIES INC.** |
| v. | |
| MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND DEUTSCHE BANK SECURITIES INC., | |
| Defendants. | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF LOUISIANA PACIFIC CORPORATION AND
DEUTSCHE BANK SECURITIES INC.; Case No. C 09-3529-JSW

1    Plaintiff Louisiana Pacific Corporation and Defendant Deutsche Bank Securities Inc. (the

2    "Parties") hereby stipulate and agree that all claims and defenses asserted in this Action by and

3    among these Parties are dismissed with prejudice, with each party bearing its own attorneys' fees,

4    costs, and expenses relating thereto.  For the avoidance of doubt, nothing in this stipulation

5    impacts or limits in any manner the Court's jurisdiction and authority to continue to enforce the

6    Protective Order [DN 178] in place in this litigation, which Order shall remain in full effect and

7    continue to be binding upon the Parties.

8

Dated: December 10, 2012
9

10
  /s/ Andrew C. Shen                          /s/ Christian J. Mixter
Andrew C. Shen                          Christian J. Mixter
11   KELLOGG, HUBER, HANSEN, TODD,            MORGAN, LEWIS & BOCKIUS, LLP
  EVANS & FIGEL P.L.L.C.              1111 Pennsylvania Avenue, NW
12   1615 M Street, N.W., Suite 400          Washington, DC 20004-2541
Washington, D.C. 20036                  Tel.:  (202) 739-3000
13   Tel.: (202) 326-7900

14   *Attorney for Plaintiff*                 *Attorney for Defendant*
*Louisiana Pacific Corporation*          *Deutsche Bank Securities Inc.*
15

16

SO ORDERED
17

18

DATED:  December 11, 2012
19       _____

20

21
                                   _____
                                   THE HONORABLE JEFFREY S. WHITE
22                                 UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF LOUISIANA PACIFIC CORPORATION AND
DEUTSCHE BANK SECURITIES INC.; Case No. C 09-3529-JSW