IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA PACIFIC CORPORATION,

    Plaintiff,

    v.

MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL.,

    Defendants.

                                /

No. C 09-03529 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On February 1, 2013, Plaintiff filed a motion for default judgment against Money Market 1 Institutional Investment Dealer. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion (and the associated motion to file under seal) to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion for default judgment. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk