**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION, | |
| Plaintiff, | No. C 09-03529 JSW |
| v. | |
| MONEY MARKET 1 INSTITUTIONAL INVESTMENT DEALER, ET AL., | **JUDGMENT** |
| Defendants. | |

Pursuant to the Court's Order issued this date, adopting Magistrate Judge Cousins' Report and Recommendation and granting Plaintiff's motion for default judgment, default judgment is hereby entered in favor of Plaintiff Louisiana Pacific Corporation and against Defendant Money Market 1 in the amount of $36,080,286.

**IT IS SO ORDERED.**

Dated: August 14, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE